IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| NTP, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No.: 3:10cv469(JRS) |
| v. | ) |
| | ) |
| GOOGLE, INC. | ) |
| | ) |
| Defendant. | ) |

FILED JUL - 8 2010 CLERK, U.S. DISTRICT COURT RICHMOND, VA.

**FINANCIAL INTEREST DISCLOSURE STATEMENT**

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualifications or recusal, the undersigned counsel for NTP, Inc. in the above captioned action, certifies that there are no parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

Respectfully submitted,

NTP, INC.

By Counsel

_____
Craig T. Merritt (VSB #20281)
E-mail: cmerritt@cblaw.com
Henry I. Willett, III (VSB #44655)
E-mail: hwillett@cblaw.com
R. Braxton Hill, IV (VSB #41539)
E-mail: bhill@cblaw.com
Nichole Buck Vanderslice (VSB #42637)
E-mail: nvanderslice@cblaw.com
CHRISTIAN & BARTON, LLP
909 East Main Street, Suite 1200
Richmond, VA 23219-3095
Tel: 804-697-4128
Fax: 804-697-6128